FILED
August 28, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>                    Plaintiff,               )<br>v.                                                       )<br>                                                           )<br>DANIEL MACHADO,                     )<br>                                                           )<br>                    Defendant.            ) | Case No. CR. S-07-0330 FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIEL MACHADO , Case No.  CR. S-07-0330 FCD , Charge  Title 21 USC § 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 75,000 — to be secured by cashiers check.

_X_ Unsecured Appearance Bond co-signed by Mr. Dusy

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other)  Pretrial Services Supervision of conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 28, 2007  at  3:40 pm .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge