DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DANIEL MACHADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MACHADO,<br><br>Defendant. | Cr. S-07-0330 FCD<br><br>**ORDER EXONERATING APPEARANCE BOND AND ORDER FOR RECONVEYANCE OF $75,000.00** |

GOOD CAUSE APPEARING and the defendant, Daniel Machado, having already been sentenced and having surrendered on the sentence imposed by this Court,

IT IS HEREBY ORDERED that the Appearance Bond and Agreement to Forfeit the sum of $75,000.00 in cash previously posted as security for the defendant, Daniel Machado, are hereby exonerated.  The Clerk of this Court is directed to forthwith reconvey $75,000.00, together with such interest as may have been earned, to the surety, Fernley W. Duey, P.O. Box 181, Salyer, CA 95563.

Dated: September 24, 2009

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

machado.exo